AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

LAWRENCE OBSTFELD, individually and on behalf of Toev Medical Corporation, and IGNITION VENTURES, INC.

V.

ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, AND THERMOPEUTIX, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CV 5847**

(DAB)

**JUDGE BATTS**

ECF CASE

TO: (Name and address of Defendant)

Arthur Schwartz, 393 Gloucester Street, Englewood, NJ 07631
Ronald Solar, 11164 Spooner Court, San Diego, CA 92131
Thermopeutix ~~Renaissance Biomedical~~, Inc., 2021 Arch Street, Philadelphia, PA 19103
Glen Lieber, 9925B Business Park Circle, San Diego, CA 92131
Renaissance Biomedical, Inc., 11164 Spooner Court, San Diego, CA 92131

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    JUN 2 0 2007

CLERK                                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6-29-07 |
| NAME OF SERVER (PRINT) Michael Harris | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Roxy Higdon, co-worker to the defendant. F/T/Br/45/5'7"/170

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/28/07
            Date

X *[signature]*
    *Signature of Server*

Michael Harris - Lic. #1077447
214 W. 140th St. Apt. #4A
*Address of Server*
New York, NY 10030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.