UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Lawrence Obstfeld, individually and
derivatively on behalf of Toev
Medical Corporation, and Ignition
Ventures, Inc.,

        Plaintiffs,

-against-

Arthur Schwartz, Ronald Solar,
Renaissance Biomedical, Inc.,
Glen Lieber, and Thermopeutix, Inc.,

        Defendants.
--------------------------------------------------------

Case No. 07 Civ. 5847 (DAB)

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of defendant ThermopeutiX, Inc.

    I certify that I am admitted to practice in this Court.

Dated: July 24, 2007

                                   */s/ Kerin E. Coughlin*
                                   Signature

                                   Kerin E. Coughlin (KC-2838)
                                   Constantine Cannon LLP
                                   450 Lexington Avenue, 17th Fl.
                                   New York, New York 10017
                                   Tel. No.: (212) 350-2700
                                   Fax No.: (212) 350-2701

93586.1