UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
Lawrence Obstfeld, individually and
derivatively on behalf of Toev
Medical Corporation, and Ignition
Ventures, Inc.,

          Plaintiffs,

  -against-

Arthur Schwartz, Ronald Solar,
Renaissance Biomedical, Inc.,
Glen Lieber, and ThermopeutiX, Inc.,

          Defendants.
---------------------------------------------------------

Case No. 07 Civ. 5847 (DAB)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of defendant ThermopeutiX, Inc.

    I certify that I am admitted to practice in this Court.

Dated: July 24, 2007

_____
Signature

Stacey Anne Mahoney (SM-5425)
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017
Tel. No.: (212) 350-2700
Fax No.: (212) 350-2701
smahoney@constantinecannon.com

93587.1