UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE OBSTFELD, individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, and THERMOPEUTIX, INC., <br><br> Defendants | Civil Action No. 07 CV 5847 <br><br> (DAB) (FM) <br><br> **NOTICE OF APPEARANCE** <br><br> ECF CASE |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of defendant Arthur Schwartz.

    I certify that I am admitted to practice in this Court.

Dated: July 25, 2007

                                                    W. Cameron Beard (WB-7354)
                                                    BLANK ROME LLP
                                                    405 Lexington Avenue
                                                    New York, New York  10174
                                                    Tel No.: (212) 885-5000
                                                    Fax No.: (212) 885-5001