BATTS, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LAWRENCE OBSTFELD, individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, and THERMOPEUTIX, INC., <br><br> Defendants. | Civil Action No. 07 CV 5847 <br> (DAB)(FM) <br><br> **STIPULATION** <br><br> ECF CASE |

It is hereby stipulated and agreed, by and between undersigned counsel, that the time for Defendant, Arthur Schwartz, to move, answer and/or otherwise respond with respect to Plaintiffs' Amended Complaint shall be and is hereby extended to August 24, 2007. No previous extension has been sought or granted.

Dated: July 26, 2007

_/s/ Marc M. Isaac_
Marc M. Isaac (MI-1873)
Law Office of Marc M. Isaac PLLC
210 Moore Avenue
Freeport, New York 11520
Tel No.: 750-1422
*Attorney for Plaintiffs*

_/s/ W. Cameron Beard_
W. Cameron Beard (WB-7354)
BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174
Tel No.: (212) 885-5000
Fax No.: (212) 885-5001
*Attorney for Defendant Arthur Schwartz*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

900200.00001/6563556v.1

**SO ORDERED**

_/s/ Deborah A. Batts_  7/27/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE