```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE OBSTFELD, individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, and THERMOPEUTIX, INC.,<br><br>Defendants. | Civil Action No. 07 CV 5847<br>(DAB) (FM)<br><br>**STIPULATION**<br><br>ECF CASE |

It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for Defendant ThermopeutiX, Inc., to move, answer and/or otherwise respond with respect to Plaintiffs' Complaint or Amended Complaint shall be and is hereby extended to August 24, 2007. No previous extension has been sought or granted.

Dated: July 26, 2007

_____
Marc M. Isaac (MI-1873)
Law Office of Marc M. Isaac PLLC
210 Moore Avenue
Freeport, New York 11520
Tel. No.: (516) 750-1422
Fax No.: (866) 342-2903
   *Attorney for Plaintiffs*

_____
Kerin E. Coughlin (KC-2838)
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017
Tel. No.: (212) 350-2700
Fax No.: (212) 350-2701
   *Attorney for Defendant*
   *ThermopeutiX, Inc.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

900200.00001/6563556v.1

**SO ORDERED**

_____
DEBORAH A. BATTS   7/27/2007
UNITED STATES DISTRICT JUDGE