UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Lawrence Obstfeld, individually and
derivatively on behalf of Toev
Medical Corporation, and Ignition
Ventures, Inc.,

               Plaintiffs,

-against-

Arthur Schwartz, Ronald Solar,
Renaissance Biomedical, Inc.,
Glen Lieber, and Thermopeutix, Inc.,

               Defendants.
-----------------------------------------------------------

Case No. 07 Civ. 5847 (DAB)

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case on behalf of defendants Ronald Solar, Renaissance Biomedical, Inc. and Glen Lieber.

    I certify that I am admitted to practice in this Court.

Dated: August 6, 2007

_____
Signature

Kerin E. Coughlin (KC-2838)
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017
Tel. No.: (212) 350-2700
Fax No.: (212) 350-2701

94113.1