BATTS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE OBSTFELD, individually and
derivatively on behalf of TOEV MEDICAL
CORPORATION, and IGNITION
VENTURES, INC.,

                Plaintiffs,

-against-

ARTHUR SCHWARTZ, RONALD SOLAR,
RENAISSANCE BIOMEDICAL, INC.,
GLEN LIEBER and THERMOPEUTIX, INC.,

                Defendants.

---

Case No. 07 Civ. 5847
(DAB) (FM)

STIPULATION

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2007

It is hereby stipulated and agreed, by and between the undersigned counsel, that Defendants Ronald Solar, Renaissance Biomedical, Inc. and Glen Lieber shall have until August 24, 2007 to move, answer and/or otherwise respond with respect to Plaintiffs' Complaint or Amended Complaint. No previous extension has been sought or granted.

Dated: August 6, 2007

_____
Marc M. Isaac (MI-1873)
Law Office of Marc M. Isaac PLLC
210 Moore Avenue
Freeport, New York 11520
Tel. No.: (516) 750-1422
Fax No.: (866) 342-2903
    *Attorney for Plaintiffs*

_____
Kerin E. Coughlin (KC-2838)
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York 10017
Tel. No.: (212) 350-2700
Fax No.: (212) 350-2701
    *Attorney for Defendants Ronald Solar,*
    *Renaissance Biomedical, Inc., Glen Lieber*
    *and ThermopeutiX, Inc.*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DEBORAH A. BATTS

900200.00001/6563556v.1

94112.1

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS    8/7/2007
UNITED STATES DISTRICT JUDGE