W. Cameron Beard (WB-7354)
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
Attorneys for Defendant Arthur Schwartz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
                                                    )
LAWRENCE OBSTFELD,                                  )
individually and derivatively                       )
on behalf of TOEV MEDICAL                           )     Civ. No. 07-5847 (DAB)
CORPORATION, and                                    )
IGNITION VENTURES, INC.,                            )
                                                    )
Plaintiffs,                                         )
                                                    )
v.                                                  )
                                                    )
ARTHUR SCHWARTZ,                                    )
RONALD SOLAR,                                       )
RENAISSANCE BIOMEDICAL, INC.,                       )
GLEN LIEBER, and                                    )
THERMOPEUTIX, INC.,                                 )
                                                    )
Defendants.                                         )
———————————————————————)

## NOTICE OF MOTION BY DEFENDANT ARTHUR SCHWARTZ TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) AND OF PARTIAL JOINDER IN THE MOTION TO DISMISS OF CO-DEFENDANTS RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, AND THERMOPEUTIX, INC.

PLEASE TAKE NOTICE THAT Defendant Arthur Schwartz hereby moves to dismiss

the Amended Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P.

12(b)(1) and in support thereof hereby joins in and adopts that portion of the: (1) Motion To

Dismiss Of Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, And ThermopeutiX, Inc.;

and (2) Memorandum Of Law In Support Of Defendants Ronald Solar, Renaissance Biomedical,

Inc., Glen Lieber, And ThermopeutiX, Inc.'s Motion To Dismiss related to this Court's lack of

subject matter jurisdiction.

Defendant Arthur Schwartz respectfully requests that this Court grant this motion and

dismiss plaintiffs' Amended Complaint for lack of subject matter jurisdiction for all the reasons

set forth in the Motion to Dismiss of Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber,

and ThermopeutiX, Inc. and the memorandum of law in support thereof, which are hereby

incorporated by reference. Defendant Arthur Schwartz requests oral argument on this motion.

Dated: August 24, 2007

By: _____

W. Cameron Beard (WB-7354)
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174
Tel. (212) 885-5000
Fax: (212) 885-5001
cbeard@blankrome.com

- and –

Richard P. McElroy
Jeffrey C. McElroy
McELROY & ASSOCIATES, LLP
202A North Monroe Street
Media, PA 19063
Tel. (610) 566-8302
Fax: (610) 566-8305
rmcelroy@themcelroyfirm.com

Attorneys for Defendant
Arthur Schwartz

2