UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE OBSTFELD, individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC., | Civ. No. 07-5847 (DAB) ECF Case |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION** |
| ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, and THERMOPEUTIX, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, and ThermopeutiX, Inc.'s Motion to Dismiss, and the accompanying Declaration of Glen Lieber in support thereof, Defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, and ThermopeutiX, Inc. (the "Moving Defendants"), by their undersigned counsel, hereby move this Court, located at 500 Pearl Street, New York, New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(6) and 23.1 dismissing

94807.1

Plaintiffs' Amended Complaint with prejudice and in its entirety.

The Moving Defendants respectfully request oral argument on this motion.

Dated: August 24, 2007
New York, New York

                CONSTANTINE CANNON LLP

                By: **s/ Kerin E. Coughlin**
                      Kerin E. Coughlin
                      Stacey Anne Mahoney
                      450 Lexington Avenue, 17th Floor
                      New York, New York 10017
                      Phone: (212) 350-2700
                      Fax: (212) 350-2701
                      kcoughlin@constantinecannon.com

                FREDRIKSON & BYRON, P.A.

                      Laurie J. Miller (*pro hac vice* pending)
                      200 Sixth Street, Suite 4000
                      Minneapolis, Minnesota 55402
                      Phone: (612) 492-7000
                      Fax: (612) 492-7077
                      lmiller@fredlaw.com

                      *Attorneys for Defendants Ronald Solar,*
                      *Renaissance Biomedical, Inc., Glen Lieber*
                      *and ThermopeutiX, Inc.*

94807.1