UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE OBSTFELD, individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, and THERMOPEUTIX, INC., <br><br> Defendants. | Civ. No. 07-5847 (DAB) <br><br> ECF Case <br><br> **NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, and ThermopeutiX, Inc.'s Motion to Dismiss, and the accompanying Declaration of Glen Lieber in support thereof, Defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, and ThermopeutiX, Inc. (the "Moving Defendants"), by their undersigned counsel, hereby move this Court, located at 500 Pearl Street, New York, New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(6) and 23.1 dismissing

94807.1

Plaintiffs' Amended Complaint with prejudice and in its entirety.

The Moving Defendants respectfully request oral argument on this motion.

Dated: August 24, 2007
New York, New York

        CONSTANTINE CANNON LLP

        By:   **s/ Kerin E. Coughlin**
            Kerin E. Coughlin
            Stacey Anne Mahoney
            450 Lexington Avenue, 17th Floor
            New York, New York 10017
            Phone: (212) 350-2700
            Fax: (212) 350-2701
            kcoughlin@constantinecannon.com

        FREDRIKSON & BYRON, P.A.

            Laurie J. Miller (*pro hac vice* pending)
            200 Sixth Street, Suite 4000
            Minneapolis, Minnesota 55402
            Phone: (612) 492-7000
            Fax: (612) 492-7077
            lmiller@fredlaw.com

            *Attorneys for Defendants Ronald Solar,*
            *Renaissance Biomedical, Inc., Glen Lieber*
            *and ThermopeutiX, Inc.*