SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE OBSTFELD, Individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC.

Plaintiff,

- against -

ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER and THERMOPEUTIX, INC.

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2007

07 cv 5847   (DAB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of W. Cameron Beard attorney for Arthur Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard P. McElroy |
| Firm Name: | McElroy & Associates, LLP |
| Address: | 202A North Monroe Street |
| City/State/Zip: | Media, PA 19063 |
| Telephone/Fax: | (610) 566-8302 |
| Email Address: | rmcelroy@themcelroyfirm.com |

is admitted to practice pro hac vice as counsel for Arthur Schwartz in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/29/2007
City, State: New York, NY

Deborah A. Batts
United States District/~~Magistrate Judge~~

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006