SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LAWRENCE OBSTFELD, Individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC. | Plaintiff, | 07 cv 5847  (DAB) |
| - against - | | |
| ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER and THERMOPEUTIX, INC. | Defendant. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of   W. Cameron Beard   attorney for   Arthur Schwartz

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicant's Name:   Jeffrey C. McElroy
> Firm Name:   McElroy & Associates, LLP
> Address:   202A North Monroe Street
> City/State/Zip:   Media, PA  19063
> Telephone/Fax:   (610) 566-8302
> Email Address:   jmcelroy@themcelroyfirm.com

is admitted to practice pro hac vice as counsel for   Arthur Schwartz   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/29/2007
City, State: New York, NY

*Deborah A. Batts*
United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $        SDNY RECEIPT#
SDNY Form Web 10/2006