UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Lawrence Obstfeld, individually and
derivatively on behalf of Toev
Medical Corporation, and Ignition
Ventures, Inc.,

                Plaintiffs,

   -against-

Arthur Schwartz, Ronald Solar,
Renaissance Biomedical, Inc.,
Glen Lieber, and ThermopeutiX, Inc.,

                Defendants.
-------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2007
```

Case No. 07 Civ. 5847 (DAB)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Kerin E. Coughlin, attorney for defendants Ronald Solar, Renaissance Biomedical, Inc. ("Renaissance"), Glen Lieber and ThermopeutiX, Inc. ("ThermopeutiX") and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Laurie J. Miller
    Fredrikson & Byron, P.A.
    200 South Sixth Street, Ste. 4000
    Minneapolis, Minnesota 55402-1425
    (612) 492-7000/(612) 492-7077
    lmiller@fredlaw.com

is admitted to practice pro hac vice as counsel for defendants Solar, Renaissance, Lieber and ThermopeutiX in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/29/2007
City, State: New York, NY

*Deborah A. Batts*
United States District ~~Magistrate Judge~~

93582.1