UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LAWRENCE OBSTFELD, individually
and derivatively on behalf of
TOEV MEDICAL CORPORATION, and
IGNITION VENTURES, INC.,

              Plaintiffs,

    -against-

ARTHUR SCHWARTZ, RONALD SOLAR,
RENAISSANCE BIOMEDICAL, INC.,
GLEN LIEBER, and THERMOPEUTIX,
INC.,

              Defendants.
------------------------------------x

Civil Action No. 07 CV 5847
(DAB)(FM)

**STIPULATION**

ECF CASE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2007
```

      It is hereby stipulated and agreed, by and between the undersigned counsel, that the time for plaintiffs to file and serve papers in opposition to defendant Arthur Schwartz's Motion to Dismiss and defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, and ThermopeutiX, Inc.'s Motion to Dismiss is extended to September 28, 2007, and it is further,

      Stipulated and agreed that defendants shall file and serve reply papers in further support of their respective motions to dismiss by October 17, 2007.

No previous extension has been sought or granted.

Dated: September 6, 2007

_____  
Kerin E. Coughlin (KC-2838)  
Constantine Cannon LLP  
450 Lexington Avenue, 17th Fl.  
New York, New York 10017  
Tel. No.: (212) 350-2700  
Fax No.: (212) 350-2701  
  *Attorney for Defendants  
  Ronald Solar, Renaissance  
  Biomedical, Inc., Glen  
  Lieber, and ThermopeutiX, Inc.*

_____  
Marc M. Isaac (MI-1873)  
Law Office of Marc M. Isaac PLLC  
210 Moore Avenue  
Freeport, New York 11520  
Tel. No.: (917) 838-5720  
Fax No.: (866) 342-2903  
  *Attorney for Plaintiffs*

_____  
W. Cameron Beard (WB-7354)  
Blank Rome LLP  
405 Lexington Avenue  
New York, New York 10174  
Tel No.: (212) 885-5000  
Fax No.: (212) 885-5001  
  *Attorney for Defendant Arthur Schwartz*

SO ORDERED:

_____  
UNITED STATES DISTRICT JUDGE  
DEBORAH A. BATTS

No previous extension has been sought or granted.

Dated: September 6, 2007

_____
Kerin E. Coughlin (KC-2838)
Constantine Cannon LLP
450 Lexington Avenue, 17th Fl.
New York, New York  10017
Tel. No.: (212) 350-2700
Fax  No.: (212) 350-2701
 Attorney for Defendants
 Ronald Solar, Renaissance
 Biomedical, Inc., Glen
 Lieber, and ThermopeutiX, Inc.

_____
Marc M. Isaac (MI-1873)
Law Office of Marc M. Isaac PLLC
210 Moore Avenue
Freeport, New York  11520
Tel. No.: (917) 838-5720
Fax No.:  (866) 342-2903
 Attorney for Plaintiffs

_____
W. Cameron Beard (WB-7354)
Blank Rome LLP
405 Lexington Avenue
New York, New York  10174
Tel No.: (212) 885-5000
Fax No.: (212) 885-5001
 Attorney for Defendant Arthur Schwartz

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DEBORAH A. BATTS

2