UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE OBSTFELD, individually and derivatively on behalf of TOEV MEDICAL CORPORATION, and IGNITION VENTURES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR SCHWARTZ, RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, and THERMOPEUTIX, INC., <br><br> Defendants. | Civ. No. 07-5847 (DAB) <br><br> ECF Case |

### PARTIAL JOINDER OF DEFENDANT ARTHUR SCHWARTZ IN THE REPLY BRIEF IN SUPPORT OF DEFENDANTS RONALD SOLAR, RENAISSANCE BIOMEDICAL, INC., GLEN LIEBER, AND THERMOPEUTIX, INC.'S MOTION TO DISMISS

Defendant Arthur Schwartz previously moved to dismiss the Amended Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and in support thereof joined in the motion to dismiss of co-defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, and ThermopeutiX, Inc. and relied upon co-defendants' supporting memorandum of law as it related to this Court's lack of subject matter jurisdiction.

In further support of defendant Arthur Schwartz's motion to dismiss the Amended Complaint for lack of subject matter jurisdiction, Arthur Schwartz hereby joins in, adopts and incorporates by reference that portion of the Reply Brief In Support Of Defendants Ronald Solar, Renaissance Biomedical, Inc., Glen Lieber, And ThermopeutiX, Inc.'s Motion To Dismiss related to this Court's lack of subject matter jurisdiction.

Defendant Arthur Schwartz respectfully requests that this Court grant this motion and dismiss plaintiffs' Amended Complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

Dated: October 17, 2007

BLANK ROME LLP

By: /s/ W. Cameron Beard
W. Cameron Beard (WB-7354)
405 Lexington Avenue
New York, NY 10174
Tel. (212) 885-5000
Fax: (212) 885-5001
cbeard@blankrome.com

Richard P. McElroy
Jeffery C. McElroy
McELROY & ASSOCIATES LLP
202A North Monroe Street
Media, PA 19063
Tel. (610) 566-8302
Fax. (610) 566-8305
rmcelroy@themcelroyfirm.com

Attorneys for Defendant
Arthur Schwartz